UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.E.,<br><br>            Petitioner-Plaintiff,<br><br>v.<br><br>JEREMY CASEY, Warden, Imperial Regional Detention Facility; et al.,<br><br>            Respondents-Defendants. | Case No.: 25cv3227 DMS (DDL)<br><br>**ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER** |

This case comes before the Court on Petitioner's motion for a temporary restraining order. Respondents filed an opposition to the motion, and Petitioner filed a reply.

The facts, claims, and arguments in this case are similar to those presented in *Sadeqi v. LaRose*, No. 25-cv-2587-RSH-BJW, 2025 WL 3154520 (S.D. Cal. Nov. 12, 2025). The Court finds the reasoning of that case persuasive, and adopts and applies it wholesale to this case. The only argument Respondents raise here that was not addressed in *Sadeqi* is Respondents' jurisdictional argument, but the Court has already addressed and rejected that argument in previous orders. *See Soleimani v. LaRose,* Case No. 25-cv-3082-DMS-DEB, ECF No. 7 at 4, *Jimenez Lopez v. Archambeault*, Case No. 25cv3029 DMS (BLM), ECF No. 7 at 3; *Vasquez Garcia v. Noem*, ___ F.Supp.3d ___, Case No. 25-cv-02180-DMS-

/ / /

1

MMP 2025 WL 2549431, at *3–4 (S.D. Cal. Sept. 3, 2025); *Medina-Ortiz v. Noem*, No. 25-cv-02819-DMS-MMP, ECF No. 7 at 3-4.

Based on the reasoning of *Sadeqi* and this Court's orders in the cases cited above, Petitioner's motion for a temporary restraining order is granted. Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration court within fourteen (14) days of this Order. On or before **December 16, 2025**, the parties shall file a Joint Status Report confirming Petitioner has been provided with that bond hearing. In that Report, the parties shall also provide their respective positions on whether a further order on the Petition is necessary or if the case may be dismissed as moot.

**IT IS SO ORDERED**.

Dated: December 2, 2025

Hon. Dana M. Sabraw
United States District Judge