# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

I.E.,

      Petitioner-Plaintiff,

v.

Jeremy CASEY, Warden, Imperial Regional Detention Facility;

Gregory J. ARCHAMBEAULT, Acting Field Office Director of San Diego Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security;

Todd M. LYONS, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security;

Kristi NOEM, in her Official Capacity, Secretary, U.S. Department of Homeland Security; and

Pamela BONDI, in her Official Capacity, Attorney General of the United States;

      Respondents-Defendants.

Case No.  **3:25-cv-03227-DMS-DDL**

**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

On December 19, 2025, the parties jointly submitted a motion to dismiss without prejudice. Good cause having been shown, this Court ORDERS that the motion to dismiss without prejudice is GRANTED. Accordingly, these proceedings are dismissed without prejudice. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated:  December 22, 2025

_____

Hon. Dana M. Sabraw
United States District Judge